**Nehemiah E. CLARK, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 13829.**

United States Court of Appeals
District of Columbia Circuit.

Submitted June 26, 1957.

Decided July 29, 1957.

Mr. James C. Toomey, Washington,
D. C., submitted on the brief for appellant.

Mr. Alfred Burka, Asst. U. S. Atty.,
with whom Messrs. Oliver Gasch, U. S.
Atty., and Lewis Carroll, Asst. U. S.
Atty., were on the brief, submitted on
the brief, for appellee.

Before PRETTYMAN, DANAHER and BURGER, Circuit Judges.

PER CURIAM.

Appellant was indicted on five counts
for violation of federal narcotic laws.
With counsel present he withdrew a plea
of not guilty and entered a plea of guilty
to two of the five counts. The record disclosed a prior conviction for violation of
federal narcotic laws and a sentence of
twenty months to five years therefor.
The District Court sentenced appellant
to be imprisoned for two to eight years
on his guilty plea and the remaining
counts were dismissed.

Appellant filed a motion to vacate the
sentence under 28 U.S.C. § 2255, alleging
counsel rendered ineffective assistance
and coerced him to plead guilty.

The District Court held a hearing at
which both of appellant's counsel of record, as well as appellant, testified. The
District Court denied the motion to vacate and allowed appellant to appeal in
forma pauperis.

We find no error and the order appealed from is

Affirmed.